UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Diana C. Powell  Docket No. 5:16-MJ-1489-1

## Petition for Action on Probation

COMES NOW Peter J Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Diana C. Powell, who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 4), was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on May 3, 2017, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender admitted to using marijuana on June 6, 2017. The offender stated that she is experiencing mental health issues which are leading to her substance abuse. The defendant will be referred to Integrated Behavioral Healthcare Services for a substance abuse and mental health assessment. In order to increase drug testing, we are also recommending to add our standard drug aftercare condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith  /s/ Peter J Yalango
Eddie J. Smith  Peter J Yalango
Supervising U.S. Probation Officer  U.S. Probation Officer
 150 Rowan Street Suite 110
 Fayetteville, NC 28301
 Phone: 910-354-2546
 Executed On: June 07, 2017

## ORDER OF THE COURT

Considered and ordered on June 7, 2017. It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge